## 6

### Paul MORRIS and Mont Morris, Plaintiffs in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
December 28, 1927.

No. 8000.

In Error to the District Court of the United States for the Northern District of Oklahoma.

Lewis J. Bicking, Guy Wilson, and Franklin H. Griggs, all of Tulsa, Okl., for plaintiffs in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error as to Mont Morris dismissed, on dismissal by Mont Morris.